IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KERRI DINGMAN, as Special Administratrix
of the Estate of Kirk Dingman, Deceased                                    PLAINTIFF

VS.                                    4:07CV00010-WRW

AEROPRES CORPORATION;
AEROPRES PROPANE, INC.;
FERRELLGAS PARTNERSHIP, LP;
FERRELLGAS LP; FERRELLGAS, INC.;
FERRELLGAS FINANCE CORP.;
FERRELLGAS PARTNERS FINANCE
CORP., AND FERRELLGAS OPERATING,
LIMITED PARTNERSHIP                                                       DEFENDANTS

## *ORDER OF DISMISSAL*

Pending is a Stipulation of Dismissal Without Prejudice.[1]  Both parties in this action are stipulating that Defendants, Ferrellgas Partnership, LP, Ferrellgas LP, Ferrellgas, Inc., Ferrellgas Finance Corp., Ferrellgas Partners Finance Corp. and Ferrellgas Operating, Limited Partnership, should be dismissed from this case without prejudice, unless and until discovery reveals that one or all of these Defendants are liable in any way for the injuries sustained by Plaintiff.  Accordingly, the above named Defendants are DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of April, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 19.